United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 17-12141-mdc
Brandon Simms                                                   Chapter 13
Amy Brown
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: dlv              Page 1 of 3              Date Rcvd: Oct 05, 2017
                              Form ID: 309I          Total Noticed: 73
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2017.

```
db/jdb         +Brandon Simms,    Amy Brown,    540 Blaker Dr,    East Greenville, PA 18041-1759
13890689       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:  citibank,     po box 78009,    phoenix, AZ 85062)
13953966       +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,
                 Tucson, AZ 85712-1083
13890686       +Chase,    P.O. Box 78420,    phoenix, AZ 85062-8420
13890687       +Chase Mortgage,    P.O. Box 78420,    phoenix, AZ 85062-8420
13984505       +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
13890721       +PPL,    P.O. Box 25239,    lehigh valley, PA 18002-5239
13988125       +Select Portfolio Servicing,    c/o Mateo S. Weiner, Esquire,    KML Law Group, P.C.,
                 701 Market Street,Suite 5000,    Phila., PA 19106-1541
13890730       +Upper Perk Ambulance,    2199 e buck rd,    pennsburg, PA 18073-1214
13890735       +Vanguard,    P.O. Box 1101,    valley forge, PA 19482-1101
13890672       +blaze,    po box 2496,    omaha, NE 68103-2496
13890683       +capital one,    po box 60501,    city of industry, CA 91716-0501
13890688       +childrens place,    PO BOX 659820,    san antonio, TX 78265-9120
13890691       +comcast,    706 n 13th st,    allentown, PA 18102-1200
13890694       +direct tv,    333 w 4th st,    bethlehem, PA 18015-1532
13890697       +first savings,    po box 5019,    sioux falls, SD 57117-5019
13890703       +home depot,    P.O. Box 9001010,    louiseville, KY 40290-1010
13890704       +indigo,    po box 205458,    dallas, TX 75320-5458
13890706       +justice,    Dept 7680,    carol stream, IL 60116-0001
13890705       +justice,    retail services,    dept 7680,    carol stream, IL 60116-0001
13890708       +legacy credit card,    po box 2496,    omaha, NE 68103-2496
13890713       +macys,    po box 9001094,    louiseville, KY 40290-1094
13890714       +mariner,    358 Upland Square Drive,    pottstown, PA 19464-9436
13890716       +milestone,    po box 84059,    columbus, GA 31908-4059
13890722       +show,    po box 2519,    omaha, NE 68103-2519
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty             E-mail/Text: BrianEvesLaw@gmail.com Oct 06 2017 01:56:27      BRIAN C. EVES,
                 Law Offices of Brian C. Eves,    P.O. Box 0713,    New Hope, PA  18938-0713
tr             +E-mail/Text: bncnotice@ph13trustee.com Oct 06 2017 01:58:51      WILLIAM C. MILLER, Esq.,
                 Chapter 13 Trustee,    1234 Market Street,    Suite 1813,    Philadelphia, PA 19107-3704
smg             E-mail/Text: bankruptcy@phila.gov Oct 06 2017 01:58:23      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 06 2017 01:57:23
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 06 2017 01:57:44      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Oct 06 2017 01:57:25      United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
13990752        EDI: GMACFS.COM Oct 06 2017 01:38:00      Ally Bank,    PO Box 130424,    Roseville, MN 55113-0004
13890659       +EDI: GMACFS.COM Oct 06 2017 01:38:00      Ally Financial,    P.O. Box 9001951,
                 louiseville, KY 40290-1951
13993913        EDI: BECKLEE.COM Oct 06 2017 01:38:00      American Express Centurion Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13890695        EDI: DISCOVER.COM Oct 06 2017 01:38:00      discover,    po box 30395,    salt lake city, UT 84130
13971430        EDI: DISCOVER.COM Oct 06 2017 01:38:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
13979101        EDI: AGFINANCE.COM Oct 06 2017 01:38:00      ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
13891235       +EDI: PRA.COM Oct 06 2017 01:43:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
13974428        EDI: Q3G.COM Oct 06 2017 01:43:00      Quantum3 Group LLC as agent for,    Sadino Funding LLC,
                 PO Box 788,    Kirkland, WA  98083-0788
13890658       +EDI: WFNNB.COM Oct 06 2017 01:43:00      abercrombie and fitch,    PO Box 182273,
                 columbus, OH 43218-2273
13890660       +EDI: RMSC.COM Oct 06 2017 01:38:00      amazon,    PO Box 960013,    orlando, FL 32896-0013
13890662       +EDI: RMSC.COM Oct 06 2017 01:38:00      american eagle,    P.O. Box 530942,
                 atlanta, GA 30353-0942
13890664       +EDI: AMEREXPR.COM Oct 06 2017 01:38:00      american express,    P.O.Box 650448,
                 dallas, TX 75265-0448
13890665       +EDI: RMSC.COM Oct 06 2017 01:38:00      athleta,    PO Box 530942,    atlanta, GA 30353-0942
13890667       +E-mail/Text: bk@avant.com Oct 06 2017 01:58:30      avant,    222 n lasalle st,    ste 1700,
                 chicago, IL 60601-1101
13890668       +EDI: RMSC.COM Oct 06 2017 01:38:00      banana republic,    PO Box 530993,
                 atlanta, GA 30353-0993
13890670       +EDI: BANKAMER.COM Oct 06 2017 01:38:00      bank of america,    po box 15019,
                 wilmington, DE 19850-5019
```

```
District/off: 0313-2          User: dlv                   Page 2 of 3                   Date Rcvd: Oct 05, 2017
                              Form ID: 309I               Total Noticed: 73


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13890671       +E-mail/Text: Smarkunas@thebeneficial.com Oct 06 2017 01:59:01      beneficial bank,
                 1818 market st,    phialdelphia, PA 19103-3628
13890674       +E-mail/Text: WFB.Bankruptcy@cabelas.com Oct 06 2017 01:59:00      cabelas club visa,
                 po box 82575,    lincoln, NE 68501-2575
13890676       +EDI: CAPITALONE.COM Oct 06 2017 01:38:00      capital one,    po box 71083,
                 charlotte, NC 28272-1083
13890684       +EDI: RMSC.COM Oct 06 2017 01:38:00      care credit,    PO Box 960061,    orlando, FL 32896-0061
13890692       +EDI: RCSFNBMARIN.COM Oct 06 2017 01:38:00      credit one,    po box 60500,
                 cit of industry, CA 91716-0500
13890693       +EDI: RMSC.COM Oct 06 2017 01:38:00      dicks sporting goods,    po box 960012,
                 orlando, FL 32896-0012
13890696       +EDI: AMINFOFP.COM Oct 06 2017 01:43:00      first premier,    po box 5529,
                 sioux falls, SD 57117-5529
13890699       +EDI: WFNNB.COM Oct 06 2017 01:43:00      gamestop,    PO Box 659820,    san antnio, TX 78265-9120
13890700       +EDI: RMSC.COM Oct 06 2017 01:38:00      gap,    PO Box 530942,    atlanta, GA 30353-0942
13890701       +EDI: RMSC.COM Oct 06 2017 01:38:00      gap visa,    po box 530942,    atlanta, GA 30353-0942
13890702       +EDI: RMSC.COM Oct 06 2017 01:38:00      hh gregg,    P.O. Box 960061,    orlando, FL 32896-0061
13890707       +EDI: CBSKOHLS.COM Oct 06 2017 01:38:00      kohls,    po box 2983,    milwaukee, WI 53201-2983
13890710       +E-mail/Text: bk@lendingclub.com Oct 06 2017 01:58:24      lending club,    po box 39000,
                 san francisco, CA 94139-0001
13890711       +EDI: RMSC.COM Oct 06 2017 01:38:00      lowes,    PO Box 530914,    atlanta, GA 30353-0914
13890715       +EDI: MERRICKBANK.COM Oct 06 2017 01:38:00      merrick bank,    po box 660702,
                 dallas, TX 75266-0702
13890718       +EDI: RMSC.COM Oct 06 2017 01:38:00      old navy,    po box 530942,    atlanta, GA 30353-0942
13890720       +EDI: AGFINANCE.COM Oct 06 2017 01:38:00      one main financial,    676 N West End Blvd,
                 quakertown, PA 18951-4100
13890723       +EDI: WTRRNBANK.COM Oct 06 2017 01:43:00      target,    P.O. Box 660170,    dallas, TX 75266-0170
13890725       +EDI: CRFRSTNA.COM Oct 06 2017 01:38:00      tires plus,    P.O. Box 81344,
                 cleveland, OH 44188-0001
13890726       +EDI: RMSC.COM Oct 06 2017 01:38:00      tj maxx,    PO Box 965013,    orlando, FL 32896-5013
13890727       +EDI: RMSC.COM Oct 06 2017 01:38:00      tjmaxx,    PO Box 530948,    atlanta, GA 30353-0948
13890728       +EDI: RMSC.COM Oct 06 2017 01:38:00      toysrus,    PO Box 530938,    atlanta, GA 30353-0938
13890731       +EDI: TSYS2.COM Oct 06 2017 01:43:00      upromise,    po box 13337,    philadelphia, PA 19101-3337
13890733       +EDI: USAA.COM Oct 06 2017 01:38:00      usaa,    10750 mcdermott fwy,    san antnio, TX 78288-1600
13890732       +EDI: USAA.COM Oct 06 2017 01:38:00      usaa,    10750 mcdermott fwy,
                 san antonio, TX 78288-1600
13890736       +EDI: RMSC.COM Oct 06 2017 01:38:00      walmart,    P.O. BOX 530927,    atlanta, GA 30353-0927
                                                                                               TOTAL: 48

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13890690*       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: citibank,     po box 78009,    phoenix, AZ 85062)
13890661*      +amazon,    PO Box 960013,    orlando, FL 32896-0013
13890663*      +american eagle,    P.O. Box 530942,    atlanta, GA 30353-0942
13890666*      +athleta,    PO Box 530942,    atlanta, GA 30353-0942
13890669*      +banana republic,    PO Box 530993,    atlanta, GA 30353-0993
13890673*      +blaze,    po box 2496,    omaha, NE 68103-2496
13890675*      +cabelas club visa,    po box 82575,    lincoln, NE 68501-2575
13890677*      +capital one,    po box 71083,    charlotte, NC 28272-1083
13890678*      +capital one,    po box 71083,    charlotte, NC 28272-1083
13890679*      +capital one,    po box 71083,    charlotte, NC 28272-1083
13890680*      +capital one,    po box 71083,    charlotte, NC 28272-1083
13890681*      +capital one,    po box 71083,    charlotte, NC 28272-1083
13890682*      +capital one,    po box 71083,    charlotte, NC 28272-1083
13890685*      +care credit,    PO Box 960061,    orlando, FL 32896-0061
13890698*      +first savings,    po box 5019,    sioux falls, SD 57117-5019
13890709*      +legacy credit card,    po box 2496,    omaha, NE 68103-2496
13890712*      +lowes,    PO Box 530914,    atlanta, GA 30353-0914
13890717*      +milestone,    po box 84059,    columbus, GA 31908-4059
13890719*      +old navy,    PO Box 530942,    atlanta, GA 30353-0942
13890724*      +target,    P.O. Box 660170,    dallas, TX 75266-0170
13890729*      +toysrus,    PO Box 530938,    atlanta, GA 30353-0938
13890734*      +usaa,    10750 mcdermott fwy,    san antonio, TX 78288-1600
13890737*      +walmart,    P.O. BOX 530927,    atlanta, GA 30353-0927
                                                                                            TOTALS: 0, * 23, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0313-2           User: dlv                   Page 3 of 3                   Date Rcvd: Oct 05, 2017
                               Form ID: 309I               Total Noticed: 73
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2017 at the address(es) listed below:
              BRIAN C. EVES    on behalf of Joint Debtor Amy  Brown BrianEvesLaw@gmail.com
              BRIAN C. EVES    on behalf of Debtor Brandon  Simms BrianEvesLaw@gmail.com
              CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
               J100@ecfcbis.com
              MARIO J. HANYON    on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee, Et.
               Al paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee,
               in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-9, Asset-Backed
               Certificates, Series 2006-9 bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee,
               Et. Al pa.bkecf@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 8
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Brandon Simms** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–3722** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Amy Brown** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–3828** <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed in chapter **7**   **3/28/17** |
| Case number: | **17–12141–mdc** | Date case converted to chapter **13**   **8/15/17** |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                        12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Brandon Simms | Amy Brown |
| 2. | **All other names used in the last 8 years** | aka Amy Simms | |
| 3. | **Address** | 540 Blaker Dr <br> East Greenville, PA 18041 | 540 Blaker Dr <br> East Greenville, PA 18041 |
| 4. | **Debtor's attorney** <br> Name and address | BRIAN C. EVES <br> Law Offices of Brian C. Eves <br> P.O. Box 0713 <br> New Hope, PA 18938–0713 | Contact phone 215 200–6389 <br> Email: BrianEvesLaw@gmail.com |
| 5. | **Bankruptcy trustee** <br> Name and address | WILLIAM C. MILLER, Esq. <br> Chapter 13 Trustee <br> 1234 Market Street <br> Suite 1813 <br> Philadelphia, PA 19107 | Contact phone 215–627–1377 <br> Email: ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street <br> Suite 400 <br> Philadelphia, PA 19107 | Office Hours: Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M. <br><br> Contact phone (215)408–2800 <br> Date: 10/5/17 |

**For more information, see page 2**

Official Form 309I                        Notice of Chapter 13 Bankruptcy Case                        page 1

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 1, 2017 at 9:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Suite 18–341, 1234 Market Street, Philadelphia, PA 19107** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 12/31/17** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 1/30/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 9/24/17** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of 350.64 per month for 60 months. The hearing on confirmation will be held on:<br>**12/7/17** at **9:30 AM**, Location: **Courtroom #2, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |