United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-12141-mdc
Brandon Simms                                                             Chapter 13
Amy Brown
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: YvetteWD              Page 1 of 1              Date Rcvd: Oct 30, 2017
                                Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2017.
db             +Brandon Simms,    540 Blaker Dr,   East Greenville, PA 18041-1759

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2017 at the address(es) listed below:
              BRIAN C. EVES    on behalf of Debtor Brandon  Simms BrianEvesLaw@gmail.com
              BRIAN C. EVES    on behalf of Joint Debtor Amy  Brown BrianEvesLaw@gmail.com
              CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
               J100@ecfcbis.com
              MARIO J. HANYON    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee, Et.
               Al paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee,
               in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-9, Asset-Backed
               Certificates, Series 2006-9 bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee,
               Et. Al pa.bkecf@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| **BRANDON SIMMS** : | **Bk. No. 17-12141-mdc** |
| **AMY BROWN** : | |
| Debtors : | **Chapter No. 13** |
| : | |
| **DEUTSCHE BANK NATIONAL TRUST** : | |
| **COMPANY, AS TRUSTEE, IN TRUST FOR** : | |
| **REGISTERED HOLDERS OF LONG BEACH** : | |
| **MORTGAGE LOAN TRUST 2006-9, ASSET-** : | |
| **BACKED CERTIFICATES, SERIES 2006-9** : | |
| Movant : | |
| v. : | |
| **BRANDON SIMMS** : | |
| **AMY BROWN** : | |
| Respondents : | |

**ORDER DIRECTING THE CLERK OF THE COURT TO RESTRICT REMOTE
ELECTRONIC ACCESS TO SPECIFIED FILINGS AND AUTHORIZING
<u>REPLACEMENT FILINGS</u>**

Upon consideration of the motion of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2006-9, ASSET-BACKED CERTIFICATES, SERIES 2006-9 for entry of an order, pursuant to sections 105(a) and 107(c) of the Bankruptcy Code and Bankruptcy Rule 9037(i), directing the Clerk of the Court to permanently restrict remote electronic access to the Designated Filings, and (ii) authorizing DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2006-9, ASSET-BACKED CERTIFICATES, SERIES 2006-9 to make the Replacement Filing; and the Court having considered the Motion; and after due deliberation thereon, and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is GRANTED.

2. The Clerk of the Court is hereby directed to restrict remote electronic access to the Designated Filings.

3. Nothing in this Order shall affect the rights of the United States Trustee for Region 3, the Debtor, Debtor's counsel, the Chapter 13 Trustee, or Counsel for the Chapter 13 Trustee to request access to the Designated Filings in person at, or by writing addressed to, the Clerk of the Court's office.

4. DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2006-9, ASSET-BACKED CERTIFICATES, SERIES 2006-9 is authorized to replace the Designated Filings with the Replacement Filing, and the Clerk of the Court is hereby directed to take such actions as are reasonably necessary to docket the Replacement Filing.

5. The Replacement Filing shall be deemed to have been filed with the Court on the date that the relevant Designated Filings it is replacing was originally filed.

6. The Replacement Filing shall be identical in all respects to the Designated Filings it replaces, except for the removal of any imperfectly redacted PII, and shall not otherwise overwrite or affect the integrity of the Designated Filings.

7. In the event of a discrepancy or difference between the Replacement Filing and the Designated Filings that does not result from the redaction of PII, the Designated Filings shall control in all respects (including, without limitation, to determine whether a notice of payment change was timely filed) and shall be treated as conclusive in resolving any such discrepancies or differences between the Designated Filings and the Replacement Filing. In such an event, the Replacement Filing shall be treated as filed as of the date of this Order.

Date: October 30, 2017

HONORABLE Magdeline D. Coleman
UNITED STATES BANKRUPTCY JUDGE