# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 17-12141-MDC

BRANDON  SIMMS
AMY  BROWN
540 BLAKER DRIVE

EAST GREENVILLE, PA 18041

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    BRANDON  SIMMS
    AMY  BROWN
    540 BLAKER DRIVE

    EAST GREENVILLE, PA 18041

**Counsel for debtor(s), by electronic notice only.**
    BRIAN C EVES ESQ
    P.O. BOX 0713

    NEW HOPE, PA 18968-0713

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

    /s/ William C. Miller

Date: 11/29/2017

    _____
    William C. Miller, Esquire
    Chapter 13 Standing Trustee