IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
BRANDON SIMMS
A/K/A AMY SIMMS
AMY BROWN
    Debtors

BK. No. 17-12141 MDC

Chapter No. 13

DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE, IN TRUST FOR
REGISTERED HOLDERS OF LONG BEACH
MORTGAGE LOAN TRUST 2006-9, ASSET-
BACKED CERTIFICATES, SERIES 2006-9
    Movant
     v.
BRANDON SIMMS
A/K/A AMY SIMMS
AMY BROWN
    Respondents

11 U.S.C. §362

## ORDER MODIFYING §362 AUTOMATIC STAY

AND NOW, this _14th_ day of _February_, _2018_, at **PHILADELPHIA**, upon Motion of **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2006-9, ASSET-BACKED CERTIFICATES, SERIES 2006-9** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, **540 BLAKER DRIVE, EAST GREENVILLE, PA 18041** (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
MAGDELINE D. COLEMAN, BANKRUPTCY JUDGE

WILLIAM C MILLER, ESQUIRE
(TRUSTEE)
P.O. BOX 1229
PHILADELPHIA, PA 19105

BRANDON SIMMS
540 BLAKER DRIVE
EAST GREENVILLE, PA 18041