United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Brandon Simms
Amy Brown
    Debtors

Case No. 17-12141-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: YvetteWD    Page 1 of 1    Date Rcvd: Feb 21, 2018
Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2018.
db/jdb      +Brandon Simms,    Amy Brown,    540 Blaker Dr,    East Greenville, PA 18041-1759

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2018          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2018 at the address(es) listed below:

     BRIAN C. EVES    on behalf of Debtor Brandon Simms BrianEvesLaw@gmail.com
     BRIAN C. EVES    on behalf of Joint Debtor Amy Brown BrianEvesLaw@gmail.com
     CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net, J100@ecfcbis.com
     JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee, Et. Al paeb@fedphe.com
     MARIO J. HANYON    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee, Et. Al paeb@fedphe.com
     MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-9, Asset-Backed Certificates, Series 2006-9 bkgroup@kmllawgroup.com
     THOMAS YOUNG.HAE SONG    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee, Et. Al paeb@fedphe.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
         TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
BRANDON SIMMS
A/K/A AMY SIMMS
AMY BROWN
        Debtors

BK. No. 17-12141 MDC

Chapter No. 13

DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE, IN TRUST FOR
REGISTERED HOLDERS OF LONG BEACH
MORTGAGE LOAN TRUST 2006-9, ASSET-
BACKED CERTIFICATES, SERIES 2006-9
        Movant
        v.
BRANDON SIMMS
A/K/A AMY SIMMS
AMY BROWN
        Respondents

11 U.S.C. §362

### ORDER MODIFYING §362 AUTOMATIC STAY

AND NOW, this 14th day of February, 2018, at PHILADELPHIA, upon Motion of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2006-9, ASSET-BACKED CERTIFICATES, SERIES 2006-9 (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, **540 BLAKER DRIVE, EAST GREENVILLE, PA 18041** (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
MAGDELINE D. COLEMAN, BANKRUPTCY JUDGE

WILLIAM C MILLER, ESQUIRE
(TRUSTEE)
P.O. BOX 1229
PHILADELPHIA, PA 19105

BRANDON SIMMS
540 BLAKER DRIVE
EAST GREENVILLE, PA 18041