United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 17-12141-mdc
Brandon Simms                                                          Chapter 13
Amy Brown
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Stacey              Page 1 of 4              Date Rcvd: Jun 21, 2018
                             Form ID: pdf900           Total Noticed: 87

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2018.
```
db/jdb         +Brandon Simms,    Amy Brown,    540 Blaker Dr,    East Greenville, PA 18041-1759
13993913        American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
14035924        CAPITAL ONE BANK (USA), N.A. - CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
13890689       ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: citibank,    po box 78009,   phoenix, AZ 85062)
14036441        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
13953966       +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,
                 Tucson, AZ 85712-1083
13890686       +Chase,   P.O. Box 78420,    phoenix, AZ 85062-8420
13890687       +Chase Mortgage,    P.O. Box 78420,    phoenix, AZ 85062-8420
14028355        Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
13984505       +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
13890721       +PPL,   P.O. Box 25239,    lehigh valley, PA 18002-5239
13988125       +Select Portfolio Servicing,    c/o Mateo S. Weiner, Esquire,    KML Law Group, P.C.,
                 701 Market Street,Suite 5000,    Phila., PA 19106-1541
13972534       +Thomas Song, Esq., Id. No.89834,    Phelan Hallinan Diamond & Jones, LLP,
                 Atty for Deutsche Bank National,    1617 JFK Boulevard, Suite 1400,    One Penn Center Plaza,
                 Philadelphia, PA 19103-1823
13890730       +Upper Perk Ambulance,    2199 e buck rd,   pennsburg, PA 18073-1214
13890735       +Vanguard,   P.O. Box 1101,    valley forge, PA 19482-1101
13890658       +abercrombie and fitch,    PO Box 182273,   columbus, OH 43218-2273
13890664       +american express,    P.O.Box 650448,   dallas, TX 75265-0448
13890670       +bank of america,    po box 15019,   wilmington, DE 19850-5019
13890672       +blaze,   po box 2496,    omaha, NE 68103-2496
13890683       +capital one,    po box 60501,   city of industry, CA 91716-0501
13890688       +childrens place,    PO BOX 659820,   san antonio, TX 78265-9120
13890691       +comcast,   706 n 13th st,    allentown, PA 18102-1200
13890694       +direct tv,   333 w 4th st,    bethlehem, PA 18015-1532
14047152        eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262
13890696       +first premier,    po box 5529,   sioux falls, SD 57117-5529
13890697       +first savings,    po box 5019,   sioux falls, SD 57117-5019
13890699       +gamestop,   PO Box 659820,    san antnio, TX 78265-9120
13890703       +home depot,    P.O. Box 9001010,   louiseville, KY 40290-1010
13890706       +justice,   Dept 7680,    carol stream, IL 60116-0001
13890705       +justice,   retail services,    dept 7680,   carol stream, IL 60116-0001
13890708       +legacy credit card,    po box 2496,   omaha, NE 68103-2496
13890713       +macys,   po box 9001094,    louiseville, KY 40290-1094
13890714       +mariner,   358 Upland Square Drive,    pottstown, PA 19464-9436
13890716       +milestone,   po box 84059,    columbus, GA 31908-4059
13890722       +show,   po box 2519,    omaha, NE 68103-2519
13890723       +target,   P.O. Box 660170,    dallas, TX 75266-0170
13890725       +tires plus,    P.O. Box 81344,   cleveland, OH 44188-0001
13890731       +upromise,   po box 13337,    philadelphia, PA 19101-3337
13890733       +usaa,   10750 mcdermott fwy,    san antnio, TX 78288-1600
13890732       +usaa,   10750 mcdermott fwy,    san antonio, TX 78288-1600
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jun 22 2018 02:38:28     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 22 2018 02:38:04
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 22 2018 02:38:20     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2018 02:57:07     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
13990752        E-mail/Text: ally@ebn.phinsolutions.com Jun 22 2018 02:37:39     Ally Bank,   PO Box 130424,
                 Roseville, MN 55113-0004
13890659       +E-mail/Text: ally@ebn.phinsolutions.com Jun 22 2018 02:37:39     Ally Financial,
                 P.O. Box 9001951,   louiseville, KY 40290-1951
14046181        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 22 2018 02:56:36
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
13890695        E-mail/Text: mrdiscen@discover.com Jun 22 2018 02:37:39     discover,   po box 30395,
                 salt lake city, UT 84130
14047379        E-mail/Text: jennifer.chacon@spservicing.com Jun 22 2018 02:38:45
                 Deutsche Bank National Trust Company, as Trustee,    c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,   Salt Lake City, UT 84165-0250
```

```
District/off: 0313-2          User: Stacey              Page 2 of 4                   Date Rcvd: Jun 21, 2018
                              Form ID: pdf900           Total Noticed: 87


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13971430          E-mail/Text: mrdiscen@discover.com Jun 22 2018 02:37:39      Discover Bank,
                   Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
14046182          E-mail/Text: bkr@cardworks.com Jun 22 2018 02:37:38      MERRICK BANK,
                   Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13979101          E-mail/PDF: cbp@onemainfinancial.com Jun 22 2018 02:55:45      ONEMAIN,   P.O. BOX 3251,
                   EVANSVILLE, IN 47731-3251
13891235         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 22 2018 02:56:29
                   PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14061109         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 22 2018 02:57:09
                   PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
14046180         +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 22 2018 02:55:58
                   PYOD, LLC its successors and assigns as assignee,     of Citibank, N.A.,
                   Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
14046179         +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 22 2018 02:56:35
                   PYOD, LLC its successors and assigns as assignee,     of FNBM, LLC,    Resurgent Capital Services,
                   PO Box 19008,    Greenville, SC 29602-9008
13999242         +E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 22 2018 02:38:17      Premier Bankcard, Llc,
                   Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14043258          E-mail/Text: bnc-quantum@quantum3group.com Jun 22 2018 02:37:54
                   Quantum3 Group LLC as agent for,    Genesis Bankcard Services INC,    PO Box 788,
                   Kirkland, WA 98083-0788
14043257          E-mail/Text: bnc-quantum@quantum3group.com Jun 22 2018 02:37:54
                   Quantum3 Group LLC as agent for,    GPCC I LLC,    PO Box 788,    Kirkland, WA 98083-0788
13974428          E-mail/Text: bnc-quantum@quantum3group.com Jun 22 2018 02:37:54
                   Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                   Kirkland, WA 98083-0788
14044333          E-mail/Text: jennifer.chacon@spservicing.com Jun 22 2018 02:38:45
                   Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
14047760         +E-mail/Text: bncmail@w-legal.com Jun 22 2018 02:38:16      USAA SAVINGS BANK,
                   C/O Weinstein & Riley P.S.,    2001 Western Ave Ste. 400,    Seattle, WA 98121-3132
13890658         +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 22 2018 02:37:50      abercrombie and fitch,
                   PO Box 182273,    columbus, OH 43218-2273
13890660         +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2018 02:55:47      amazon,   PO Box 960013,
                   orlando, FL 32896-0013
13890662         +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2018 02:57:07      american eagle,   P.O. Box 530942,
                   atlanta, GA 30353-0942
13890665         +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2018 02:57:07      athleta,   PO Box 530942,
                   atlanta, GA 30353-0942
13890667         +E-mail/Text: bk@avant.com Jun 22 2018 02:38:37      avant,   222 n lasalle st,    ste 1700,
                   chicago, IL 60601-1101
13890668         +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2018 02:57:07      banana republic,   PO Box 530993,
                   atlanta, GA 30353-0993
13890671         +E-mail/Text: Smarkunas@thebeneficial.com Jun 22 2018 02:38:43      beneficial bank,
                   1818 market st,    phialdelphia, PA 19103-3628
13890674         +E-mail/Text: WFB.Bankruptcy@cabelas.com Jun 22 2018 02:38:43      cabelas club visa,
                   po box 82575,    lincoln, NE 68501-2575
13890676         +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 22 2018 02:56:31      capital one,
                   po box 71083,    charlotte, NC 28272-1083
13890684         +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2018 02:57:09      care credit,   PO Box 960061,
                   orlando, FL 32896-0061
13890692         +E-mail/PDF: creditonebknotifications@resurgent.com Jun 22 2018 02:57:17      credit one,
                   po box 60500,    cit of industry, CA 91716-0500
13890693         +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2018 02:57:07      dicks sporting goods,
                   po box 960012,    orlando, FL 32896-0012
13890699         +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 22 2018 02:37:50      gamestop,   PO Box 659820,
                   san antnio, TX 78265-9120
13890700         +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2018 02:55:47      gap,   PO Box 530942,
                   atlanta, GA 30353-0942
13890701         +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2018 02:55:47      gap visa,   po box 530942,
                   atlanta, GA 30353-0942
13890702         +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2018 02:57:07      hh gregg,   P.O. Box 960061,
                   orlando, FL 32896-0061
13890704         +E-mail/Text: GenesisFS@ebn.phinsolutions.com Jun 22 2018 02:38:45      indigo,   po box 205458,
                   dallas, TX 75320-5458
13890707         +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 22 2018 02:37:41      kohls,   po box 2983,
                   milwaukee, WI 53201-2983
13890710         +E-mail/Text: bk@lendingclub.com Jun 22 2018 02:38:34      lending club,   po box 39000,
                   san francisco, CA 94139-0001
13890711         +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2018 02:56:27      lowes,   PO Box 530914,
                   atlanta, GA 30353-0914
13890715         +E-mail/Text: bkr@cardworks.com Jun 22 2018 02:37:38      merrick bank,   po box 660702,
                   dallas, TX 75266-0702
13890718         +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2018 02:57:07      old navy,   po box 530942,
                   atlanta, GA 30353-0942
13890720         +E-mail/PDF: cbp@onemainfinancial.com Jun 22 2018 02:56:25      one main financial,
                   676 N West End Blvd,    quakertown, PA 18951-4100
13890726         +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2018 02:56:26      tj maxx,   PO Box 965013,
                   orlando, FL 32896-5013
```

```
District/off: 0313-2            User: Stacey             Page 3 of 4             Date Rcvd: Jun 21, 2018
                                Form ID: pdf900          Total Noticed: 87
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13890727       +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2018 02:56:27      tjmaxx,   PO Box 530948,
                 atlanta, GA 30353-0948
13890728       +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2018 02:57:07      toysrus,   PO Box 530938,
                 atlanta, GA 30353-0938
13890736       +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2018 02:56:27      walmart,   P.O. BOX 530927,
                 atlanta, GA 30353-0927
                                                                                              TOTAL: 49

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Cavalry SPV I, LLC,   Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,
                 Tucson, AZ 85712-1083
cr*            +PRA  Receivables Management LLC,   POB 41067,   Norfolk, VA 23541-1067
13890690*     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:   citibank,   po box 78009,   phoenix, AZ 85062)
13954022*      +Cavalry SPV I, LLC,   Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
                 Tucson, AZ 85712-1083
13890661*      +amazon,   PO Box 960013,   orlando, FL 32896-0013
13890663*      +american eagle,   P.O. Box 530942,   atlanta, GA 30353-0942
13890666*      +athleta,   PO Box 530942,   atlanta, GA 30353-0942
13890669*      +banana republic,   PO Box 530993,   atlanta, GA 30353-0993
13890673*      +blaze,   po box 2496,   omaha, NE 68103-2496
13890675*      +cabelas club visa,   po box 82575,   lincoln, NE 68501-2575
13890677*      +capital one,   po box 71083,   charlotte, NC 28272-1083
13890678*      +capital one,   po box 71083,   charlotte, NC 28272-1083
13890679*      +capital one,   po box 71083,   charlotte, NC 28272-1083
13890680*      +capital one,   po box 71083,   charlotte, NC 28272-1083
13890681*      +capital one,   po box 71083,   charlotte, NC 28272-1083
13890682*      +capital one,   po box 71083,   charlotte, NC 28272-1083
13890685*      +care credit,   PO Box 960061,   orlando, FL 32896-0061
13890698*      +first savings,   po box 5019,   sioux falls, SD 57117-5019
13890709*      +legacy credit card,   po box 2496,   omaha, NE 68103-2496
13890712*      +lowes,   PO Box 530914,   atlanta, GA 30353-0914
13890717*      +milestone,   po box 84059,   columbus, GA 31908-4059
13890719*      +old navy,   PO Box 530942,   atlanta, GA 30353-0942
13890724*      +target,   P.O. Box 660170,   dallas, TX 75266-0170
13890729*      +toysrus,   PO Box 530938,   atlanta, GA 30353-0938
13890734*      +usaa,   10750 mcdermott fwy,   san antonio, TX 78288-1600
13890737*      +walmart,   P.O. BOX 530927,   atlanta, GA 30353-0927
                                                                                      TOTALS: 0, * 26, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2018                                    Signature:  /s/Joseph Speetjens

───────────────────────────────────────────────────────────────────────────────

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2018 at the address(es) listed below:
```
              BRIAN C. EVES    on behalf of Debtor Brandon  Simms BrianEvesLaw@gmail.com
              BRIAN C. EVES    on behalf of Joint Debtor Amy  Brown BrianEvesLaw@gmail.com
              CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
               J100@ecfcbis.com
              JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee, Et.
               Al paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for registered Holders of Long Beach Mortgage Loan Trust 2006-9, Asset-Backed Certificates,
               Series 2006-9 bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee, Et.
               Al paeb@fedphe.com
```

```
District/off: 0313-2          User: Stacey            Page 4 of 4              Date Rcvd: Jun 21, 2018
                              Form ID: pdf900         Total Noticed: 87
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-9, Asset-Backed Certificates, Series 2006-9 bkgroup@kmllawgroup.com
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee, Et. Al paeb@fedphe.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com

                                                                                                               TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRANDON SIMMS  Chapter 13
AMY BROWN

Debtor  Bankruptcy No. 17-12141-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this \_\_\_\_21st\_\_\_\_ day of _____June_____, 201 8, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRIAN C EVES ESQ
P.O. BOX 0713

NEW HOPE, PA 18968-0713


Debtor:
BRANDON SIMMS
AMY BROWN
540 BLAKER DRIVE

EAST GREENVILLE, PA 18041